NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MITCHELL SNOW,**
*Petitioner*

**v.**

**DEPARTMENT OF THE INTERIOR,**
*Respondent*

---

2023-1196

---

Petition for review of the Merit Systems Protection Board in No. DC-0752-22-0107-I-1.

---

**JUDGMENT**

---

DEVON MILLER, Law Offices of Patrick J. McAndrew, Greenbelt, MD, argued for petitioner.

ALBERT S. IAROSSI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BRIAN M. BOYNTON, ERIC P. BRUSKIN, PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 5, 2025
Date

Jarrett B. Perlow
Clerk of Court